DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL RICHARD MINER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2023-2701

_____

May 22, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Shawn Crane, Judge.

Leslie M. Sammis and Jason D. Sammis of Sammis Law Firm, P.A.,
Tampa, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and James Hellickson,
Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

    Denied.


KHOUZAM, MORRIS and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.